IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINZO & ASSOCIATES LLC, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR BANK FSB, and DOES 1 through 100 *inclusive*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. A. No. 2:20-961 |

## ORDER

Having been advised that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Prinzo & Associates, LLC has voluntarily dismissed the above-captioned action without prejudice against the defendant(s) Dollar Bank FSB, it is ORDERED that the above-captioned action is dismissed without prejudice.

**SO ORDERED** this 1st day of October, 2020.

PATRICIA L. DODGE
United States Magistrate Judge